UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLEVELAND J. WHITE FEATHER,

    Defendant.

Case No. 11-cr-40060-JPG

# ORDER

This matter comes before the Court on defendant Cleveland J. White Feather's motion to suppress (Doc. 100). The Court **ORDERS** that the Government shall have up to and including March 29, 2013, to respond to the motion.

**IT IS SO ORDERED.**
**DATED: March 18, 2013**

                        s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**