From: Mr. C. Whitefeather #24025-175
Z unit • B range • Cell #9

To: SIS Technician
Mr. M. Steinmetz ......



GOVERNMENT EXHIBIT C



To: SIS Technician                                        Wednesday
Mr. M. Steinmetz                                    January 27th, 2010

This will heighten and make the whole investigation shorter and easier cause its more Factual. R. Running Bear died from a Japanese nerve choke hold, the word for nerve or nerves is Gyokku-ryu. How good am I okay good and look at the Parole Board hearing of USP Lompoc California Year 1999 and if you can listen to the tapes and ask the Parole Board representative did it also have to do with the fact that I know how to touch a Person on the chest and that person die of a instant cardiac arrest (heart Attack) how that came to light and it not in my P.S.I... Simple back in USP Leavenworth, Kansas from 1989 to 1993 Your Federal Correctional Officer Mr. Sam Kire (sic) a small framed white dude who wasn't even a prisoner on me. And it was recorded the Person attacked me twice. Nobody can recover or live through that move. Guess what I did. How Ninjitsu and Ninjitssa - real expert Ninja's... Today understanding of a White Ninja or Ninja, Period its obsolete. you see em on TV. What I'm showing you is two Files the Smoke Screen is my BOP File. I'm a wine-maker etc etc. But no Federal BOP will look at the Parole Board hearings of 1999 and 2004. Me I love cherish the Indian Way. this is why I put up with R. Running Bear Punching. I've never desired to hurt a Indian but when he pursued to take my life. Now you get to meet the real me → NOTE: Remember this word Badge ...... Just the wor The difference between me and every Federal Inmate is I've never hated none of you. Old USP Terrehaute - F.C.I Now You had a female CO named Debbie Hunter she had part of her leg missing, got shot off in a shooting incident I gave her a real new leg. Now keep Terre Haute Indiana and USP Lompoc Ca. together for a moment. Terre Haute had a Officer missing so here I am catching a line about a CO...
                        • Over FOR PAGE Two •

So I inturn took the information and gave it to C.O. Mr. Reynolds and to C.O. Ms Pargy of U.S.P Lompoc. Mr. CO Mr. Reynolds became a licensed Lt for the New Prison in California I think it was Victorville and CO Ms. Pargy got bonus and higher Rank also. So you say. The officer was missing for 17 years and who did the killing was captured. There other things I've done but I don't want you bored reading my letter.
→ NOW SIS Tech Mr. M. Steinmetz we actually you forgot one thing The F.B.I Said Something thats Crucial he said to me how come I didn't push the Alarm button? Thats a big minus for the whole institution Units B, C, D, E, F, G, ain't got stress alarms we don't need that in my investigation. WHY Where was that alarm when I was being pounced on by two deadly Assassins in USP Leavenworth. Again my witness CO Mr. Sam King Want to know whats really really happening — CO Sam King buddies killed Cuban detainee prisoners that were being released and cashed their checks and sent the bodies to a Prison Landfill. So! Okay the proof is some Photo Recon Photos taken of C.O. Mr. Sam King doing a killing. Ask him what he did with his copy. he tore his up. He played against the Whole BOP System he wants all CO's in Prison, hes sick with Power in the mind Remember what this F.B.I said January 15th do we Indians eat human liver. Hell NO. But guess where that Idea came from. It come from a White male prisoner in USP Leavenworth Ks. his nickname is Cold Cuts he worked in the butcher shop. He liked to kill females and eat their flesh (muscle). C.O. Mr. Sam King let him eat some of the Body Parts. As for Indians — you got one at E.C.I Florence Colorado M-Unit Named Horace Edward Nelson he's a Althabacan from Alaska look at his case he likes killing children and Females and he eats their flesh...

• Continue to Following Page   3

But guess what both of these inmates got a deranged mentality to deal with, the longest they can go without eating flesh is 10 or nine months. thats the Max. Yes I know this is a Serious very serious letter. Guess what what I've written so far is also in E-Mails. one to the United States Attorney Mr. Eric Holder. Commander-IN-Chief The President of the USA. Plus two Senators. Guess what every one is waiting on You SIS Tech Mr. M. Steinmetz This is my thoughts and will. My Property ain't the evidence or the issue. Just Make Copies and let me have my originals back. Or how ya gonna explain most of my property I've had for years some of it I came here with it. And now its for evidence Don't Short Change Your intelligence SIS Tech Mr. M. Steinmetz this is the evidence. Trust me if there was anything about R. Running Bear I certainly wouldn't hide it. You got Prison snitches that lie on Staff and lied on me and gave you lies about me. But none sat down and ate with me or invited me to eat with them. I like to drink but I never got any because I was uncool. Lets say it becomes self defence and its in your ball Park now. Okay Simple Move me back to L-Unit Cell 202. Cause its in line with a Camera. Then later when you and the Staff here at USP Marion are ready I'll give you the Photo and Negatives of the Gang of Gothic's thats what the Call CO Mr. Sam King and his crew the Gang of Gothics – remember they got dirty Secret Service on their Side even a Retired C.I.A. Mr. Purdue with Professional Crosshairs.

Or if you want go and give me some time either way peoples jobs are hanging in the Racks. Then what I get shipped to another prison because this one like the others don't wanna except responsibility and say Whitefeather go ahead and do your legal Work we'll deal with the gang of
• Over For Page Four •

Gothics. Cause no matter what happens Someone got to find out why I never got released 7·1·2008. I had no pending charges I've expired my sentence. Then I can go back and fight the Indian legal System Why 2nd Important evidence see I never got enrolled as a Tribal Member in Rosebud South Dakota. In other words with a name change look at my Name. No birth certificate. And no Federal Court Docket of a Name Change. My real father name is War Bonnet We're actually Hunk Pa Pa from Standing Rock North Dakota and my real name is Whiteowl Feather I didn't change it. Somebody made sure I never saw the Parole Board from 1989 to 1999 Now that word BADGE my dad is a Federal Cop Everything in this letter takes 20 minutes to decide or what do I tell every one when the investigation of 1989 to 1993 USP Leavenworth Ks kicks in In this place alone I'd give every CO Staff Secretary Counselor cook a copy and Say hey lets Vote. ( Except One Unit Manager Ms R. Bryson wouldn't get a copy and neither Mrs Baker Believe that.) I mean I'm putting everything in your hands what do you do give to the Internal Affairs in Washington DC and Say the Whole B.O.P is involved every body gets house arrest a year later everybody gets charged for Treason and Insubordination No jobs No benefits no pay No house Obstruction of Justice and after the fact are not mild accusations. And how do we explain the two prison files to the Country and the World. One Prisoner that everybody hating on. Remember just what I wrote already could have happen. But it didn't because I came to you. Sure there's a few that are guilty but the whole System Now your in my shoes. You can hold what I'm holding and Once I get my jirik I can let everything sleep

* Continue to Following Page FIVE.

nd I get to do tribal Law want to know why I never got charged for my Sex Crime. She jumped up in court and told the Judge I didn't do it and that is why the Sentence remain the same and I got resentenced in April 23rd 1979 life with Parole and 10 Years burglary run concurrent. Thats why the Docket Number ——— CR78-30025-01 remained the same instead of being CR79-30025-01 in other words 7-1-2008 is my M/R

1st Court Record Year.    And my Attorney got kicked out of the BAR because he didn't Pass the Bar of Indian Federal Law on the Rosebud Indian Reservation in South Dakota. In order to be a Indian attorney you have to have Indian Law licensed from that tribe or reservation. And Grablander I worked for them because I spoke English and could read and write in English. Life in the Federal System from 1988 back to 1960 was only 30 Years in Prison there was no death Penalty of the Feds.

Well I'm going to close here as they say in Prison do what your heart says not your mind.

Respectfully Submitted
C. Whitefeather 24025-175